GEORGE S. VEAZIE, Respondent, *v.* HAROLD SMITH et al., as Trustees of School District No. 5, Town of Horseheads, Appellants.

(Submitted May 29, 1934; decided July 3, 1934.)

*Harry Moseson* for appellants.

*Thomas M. Losie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.